**In re Steven Allen SCHWARTZ, Petitioner.**

**No. 12–3126.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21,

Fed. R.App. P. Aug. 30, 2012.

Opinion Filed: Sept. 7, 2012.

Before: AMBRO, JORDAN and VANASKIE, Circuit Judges.

OPINION

PER CURIAM.

Steven A. Schwartz filed this pro se mandamus petition pursuant to 28 U.S.C. § 1651, seeking an order appointing a "special designee" to rule on an ex parte application that he filed under seal in the District Court on December 2, 2011, because the District Court had not taken action on the application. Subsequent to the filing of this mandamus petition, however, the District Court ruled on the application. Accordingly, Schwartz's mandamus petition is denied as moot. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that ... prevent a court from being able to grant the requested relief, the case must be dismissed as moot."). Schwartz's

motion to file the mandamus petition under seal is granted.